# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GUILLERMO MONGE,<br><br>　　　　　　　Defendant. | No. CR-5:14-00065-JLQ<br><br>ORDER RE: PENDING MOTION TO WITHDRAW |

　　　Sentencing in this matter is set for Thursday, February 19, 2015. The Defendant was originally represented by attorneys Eugene Carson III and Albert Kim. For reasons that are obvious in the record, those attorneys were replaced by Jeffrey A. Aaron, an Assistant Federal Defender. The court directed attorneys Carson III and Kim to file a Motion To Withdraw (ECF 57), ruling on which has been delayed to allow the court to determine if disciplinary action has been initiated or should be imposed or recommended.

　　　Attorneys Carson III and Kim are relieved from further representation of the Defendant. The court will subsequently rule on the Motion To Withdraw.

　　　The Clerk shall enter this Order and furnish copies to counsel including attorneys Carson III and Kim.

　　　Dated this 16th day of February, 2015.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1